## DETENTION AFFIDAVIT OF SPECIAL AGENT JOHN MERCER

I, Special Agent John Mercer, depose and state as follows:

1.     I am presently a Special Agent with the ATF and have been employed as such for approximately 25 years.  I am currently assigned to work with other federal, state, and local law enforcement agencies in a task force effort focusing on federal firearms, explosives and controlled substance violations.  Based on my training and experience as an ATF special agent, I am familiar with federal firearms and narcotics laws.  I have conducted and been involved in hundreds of gang, firearm and drug-related investigations, arrests, seizures, undercover operations and search warrants. I have participated in the drafting and execution of numerous search warrants, and have debriefed hundreds of witnesses regarding gang, firearm, and narcotics trafficking activities to include the day to day operation of those criminal organizations.

2.     I submit this affidavit in support of the government's motion that each of the individuals charged in four separate Indictments returned on June 8, 2016, in the District of Massachusetts, be detained pending trial.  This case stemmed from a year-long, joint gang investigation conducted by the ATF, the Drug Enforcement Administration, Homeland Security Investigations, the Chelsea Police Department, the Boston Police Department, and the Brockton Police Department, that resulted in federal and state charges against 64 leaders, members, and associates of the 18th Street Gang, the East Side Money Gang, and the Boylston Street Gang, as well as a Brockton drug trafficking organization.  During the course of the investigation, agents seized 74 firearms, including 58 handguns, 6 shotguns, and 4 assault rifles, many of which firearms had obliterated serial numbers.  The investigation revealed that these gangs formed alliances to support each other in their drug and firearm trafficking, and to arm each other for acts

1

of violence.  The firearm and drug pipeline formed by this alliance has impacted communities

extending from New Hampshire, through Massachusetts (including Chelsea, East Boston, Boston,

Brockton, Lynn, Revere, Everett, Saugus, and Malden), and into Rhode Island.

### 18TH STREET GANG

3.      The 18th Street Gang is a multi-national gang that operates throughout the United

States and Central America.  Beginning with the first controlled gun buy from an 18th Street Gang

member in April 2015, the investigation revealed that 18th Street Gang members and associates

had access to large quantities of firearms throughout Chelsea and Boston.   In a little over one year

investigators, made controlled purchases of 37 firearms from 18th Street Gang leader, members,

and associates, including 3 assault rifles, 29 handguns, and 5 shotguns, including a sawed-off

shotgun.   Oscar "Droopy" OLIVA, depicted below during the first gun buy on April 21, 2015,

was identified as a leader in the 18th Street Gang and a central figure in the firearm trafficking.[1]

 

---

[1]    On April 21, 2015, the ATF made a controlled purchase of a Smith and Wesson, .357 magnum, revolver with an obliterated serial number from 18th Street Gang leader Oscar "Droopy" OLIVA in Chelsea, Massachusetts.   The photographs contained within this affidavit are true and accurate to the best of my knowledge and belief.



The firearms seized in connection with controlled buys from 18th Street Gang leaders,

members, and associates include, but are not limited to, the following:

a.     a Smith and Wesson, .357 Magnum revolver with an obliterated serial number, seized on or about April 21, 2015;

b.     a Ruger, New Model Blackhawk, .357 Magnum revolver, bearing serial number 33-56967, seized on or about April 29, 2015;

c.     a SCCY, CPX-1, 9mm semi-automatic pistol, with an obliterated serial number, seized on or about May 9, 2015;

d.     an Intratec, Tec-9, 9mm pistol, with an obliterated serial number, seized on or about May 20, 2015;

e.     a Remington, 12 gauge, double-barrel shotgun, bearing serial number 57262, seizseizededed on or about May 29, 2015;

f.     a Taurus, PT111 G2, 9mm semi-automatic pistol, with an obliterated serial number, seized on or about June 3, 2015;

g.     an H&R Inc., Model 676, .22 caliber revolver, bearing serial number 7AT070686, seized on or about June 5, 2015;

h.     a Ruger, 22/45 MKIII, .22 caliber semi-automatic pistol, bearing serial number 274-85425, seized on or about June 8, 2015;

i.     a Bryco Arms, Bryco38, .380 caliber semi-automatic pistol, with an obliterated serial number, seized on or about June 12, 2015;

j.    a Helwan Brigadier, 1951, 9mm semi-automatic pistol, bearing serial number 11202, seized on or about June 16, 2105;

k.    a Rohm, RG14, .22 caliber revolver, bearing serial number 33836, seized on or about June 18, 2015;

l.    a Llama, IX-C, .45 caliber semi-automatic pistol, bearing serial number C42888, seized on or about June 25, 2015;

m.    a Smith and Wesson, Regulation Police, .32 caliber revolver with an obliterated serial number, seized on or about July 9, 2015;

n.    an Ortgies, .32 caliber semi-automatic pistol, bearing serial number 60023, seized on or about July 23, 2015;

o.    a HiPoint, .45 caliber semi-automatic pistol, bearing serial number X4203573, seized on or about July 27, 2015;

p.    a Mauser, 7.65mm semi-automatic pistol, bearing serial number 317519, a Remington, Model 740, .308 caliber rifle, bearing serial number 153250, and JC Higgins, Model 5833, 20 gauge shotgun, seized on or about August 15, 2015;

q.    a Hatson Arms, Escort, 12 gauge, pump-action shotgun, bearing serial number 186281, seized on or about September 4, 2015;

r.    a Sig Sauer, Model SP2022 9mm, semi-automatic pistol, bearing serial number 249133767, seized on or about September 24, 2015;

s.    a Mossberg, 600AT, 12 gauge, sawed-off shotgun, with an obliterated serial number, and a Remington, Model 870, Wingmaster, 12 gauge shotgun, bearing serial number 352474V, seized on or about October 4, 2015;

t.    a High Point, Model CF380, .380 caliber semi-automatic pistol, bearing serial number P889460, seized on or about October 6, 2015;

u.    a Walther, P38, 9mm semi-automatic pistol, bearing serial number 212803, and a Smith and Wesson, SW9VE, .9mm semi-automatic pistol, bearing serial number DXAS004, seized on or about October 16, 2016;

v.    a Smith and Wesson, Model 17, .22 caliber revolver, bearing serial number K96273, and a Smith and Wesson, Regulation Police, .32 caliber revolver, bearing serial number 527363, seized on or about November 17, 2015;

**w.**    a Bryco Arms, Model Jennings Nine, 9mm semi-automatic pistol, bearing serial number 1459175, seized on or about December 1, 2015;

**x.**    an Armscor, M200, .38 caliber revolver with an obliterated serial number, seized on or about March 14, 2016;

**y.**    an Armscor, 1911, .45 caliber, semi-automatic pistol bearing serial number CD008791, seized on or about April 25, 2016;

**z.**    a Davis Industries, P380, .380 caliber semi-automatic pistol, bearing serial number AP449597, seized on or about April 25, 2016;

**aa.**    a Smith and Wesson, .38 Special snub-nose revolver, bearing serial number C56093, seized on or about May 17, 2016;

**bb.**    a Taurus, Revolver Model 851, .38 caliber revolver, bearing serial number CT88108, seized on May 24, 2016;

**cc.**    a Romarm, Romak 991, 7.62x39mm assault rifle, bearing serial number 1-04898-99, seized on or about June 1, 2016; and

**dd.**    a Chinese, Type 56, SKS, 7.62x39mm assault rifle, with an obliterated serial number, seized on or about June 3, 2016.

### Oscar "Droopy" OLIVA

 

4.     OLIVA, who has a prior felony conviction within the meaning of federal firearms' laws, was involved in at least 12 firearm deals totaling 13 firearms. The last deal took place on

April 25, 2016 when OLIVA sold an Armscor (Charles Daly), 1911, .45 caliber semi-automatic pistol bearing serial number CD008791. The above images were taken from some of the deals involving OLIVA. Several of the firearms sold by OLIVA had obliterated serial numbers.

**Luis "Catracho" SERRANO**

 

5. SERRANO has been identified as an 18th Street Gang member/associate, and a felon, who was involved in the sale of cocaine base ("crack") and at least 6 firearms, including two assault rifles including: (1) a Romarm, Romak 991, 7.62x39mm assault rifle, bearing serial number 1-04898-99, and (2) a Chinese, Type 56, SKS, 7.62x39mm assault rifle, with an obliterated serial number. The assault rifles were purchased within the last week.

**Jose "Lil Joker" PINEDA-RAMIREZ**

 

6.    PINEDA, who has been identified as an 18th Street member/associate, was involved in at least 4 firearms deals involving 4 separate firearms, including a Hatson Arms, Escort, 12 gauge, pump-action shotgun, bearing serial number 186281, and cocaine.

**Cristian "Bombio" VELASQUEZ**

 

7.    VELASQUEZ has been identified as a member/associate of the 18th Street Gang. Per a check of immigration records, VELASQUEZ has been previously deported and has no legal right to be in the United States, thus he is prohibited from possessing a firearm.   VELASQUEZ was involved in at least 7 firearms deal involving 10 separate firearms as well as cocaine base (crack).

**Omar "Negrito" VILLEGAS**

 

8.      VILLEGAS has been identified as a member/associate of the 18th Street Gang. VILLEGAS was involved in multiple firearms and cocaine base deal.   VILLEGAS was also intercepted on cellular telephones used by East Side Money Gang leader Angel MEJIA arranging to be supplied with crack cocaine by MEJIA.   VILLEGAS was involved in at least 4 firearms deal involving 6 separate firearms, including a sawed-off shotgun.

**Lester "Chapin" MARTINEZ**

 

9.      MARTINEZ has been identified as a member/associate of the 18th Street Gang. During the investigation, MARTINEZ sold cocaine base and at least three firearms in three separate deals.

# EAST SIDE MONEY GANG



*"Gang, gang, gang.   East Side Money Gang s\*\*\*."*
*"You already know the crew."*
*"And I'm always on the block."*
*"Pull hammy [gun], I'mma shoot."*
- **Josue RODRIGUEZ and Angel**
  **MEJIA, April 16, 2016**
  **East Side Money Gang**

10.    The East Side Money Gang operates primarily in the Chelsea area, and has been in existence for approximately 5-7 years.   Despite its relative short-life span, the gang has been responsible for numerous acts of violence, including multiple shootings.   The gang has presented a significant public safety problem for Chelsea and East Boston where the gang engages in violence and drug trafficking and is also where the gang is frequently targeted by rival gangs.   The gang is also heavily involved in the distribution of drugs such as cocaine base, cocaine, and heroin. During the investigation, agents identified Angel "Stackz" MEJIA and Josue "Superbad" RODRIGUEZ as two of the leaders of ESMG.

11.    The ESMG has targeted both rival gangs and members of the public to further its goals.   ESMG members and associates have actively sought to intimidate potential witnesses to

9

its illegal actions in order to prevent detection and prosecution. The gang also targets rival street gangs including the Outlaws (a Chelsea-based street gang) and the Maverick street gang (an East Boston-based street gang). There is an ongoing conflict between the East Side Money Gang and the Outlaws in Chelsea which has resulted in multiple violent crimes, including three attempted murders by the ESMG.

**Angel "Stackzz" MEJIA**



12.     MEJIA is a leader in the East Side Money Gang, and, during the course of the investigation, has been involved in the illegal sale of firearms, the distribution of over a kilogram of cocaine base, multiple attempted murders, as well as arming other gang members, including juveniles.

**Josue "Superbad" RODRIGUEZ**



13.     RODRIGUEZ played a significant role in the gang's violence, firearm and drug trafficking.   On July 12, 2016, Roberto "Forty" JIMENEZ admitted in a recorded meeting that he had set-up "John Doe 1" "perfectly" to be "whacked" and that the shooting had not worked out because RODRIGUEZ had been behind John Doe 1 when the shooting had occurred instead of being in front of him as planned.[2]   In addition to these recorded admissions, in July 2015, investigators purchased a .40 caliber Glock semi-automatic pistol through ESMG gang members/associates (including RODRIGUEZ, Jerry "Fetti" LEIVA, and Jessika HEYER – Roberto "Forty" JIMENEZ's mother), who sold it on behalf of the federally-incarcerated JIMENEZ.   Ballistics tests on the Glock pistol have identified that it was used in the July 2015 attempted murder.   RODRIGUEZ also sold over 50 grams of cocaine base on April 8, 2016.

---

[2]   Agents know the identity of John Doe 1 and it has been deliberately excluded from this affidavit.

### Roberto "Forty" JIMENEZ



14.     JIMENEZ has already been charged in this District for possession with intent to distribute cocaine base and possession of a firearm (a loaded .38 caliber revolver) in furtherance of a drug trafficking crime.   In addition, as noted above, JIMENEZ admitted to being involved in the July 2015 attempted murder of John Doe 1.   Prior to his federal incarceration, he was involved in the sale of two firearms to a cooperating witness, including an assault rifle.

### Brandon "Big Baby" BAEZ

*"I just caught one, G. . . . On dawgs, in Revere, n****, I caught them lacking at the gas station, bro.   I let, I let nine of them go."*

*"Yeah, I definitely got one, n*****. . . .   I don't know, if, if he's done, but it's critical."*

-- BAEZ to MEJIA, April 3, 2016



15.     On April 3, 2016, two men driving a black Cadillac were shot at and wounded at a gas station in Revere in the late evening.    The two victims were stopped by Revere police fleeing the area in the shot-up black Cadillac.    One of the victims has been identified as a member/associate of the Outlaws.    There is video surveillance from the gas station with images of the shooter and the images are consistent with the appearance of ESMG member/associate Brandon "Big Baby" BAEZ, whom MEJIA and RODRIGUEZ had armed two days earlier. BAEZ was also intercepted in calls to MEJIA discussing the shooting.    During the conversation MEJIA asked: "Yo, you hit them?"    BAEZ thereafter stated: "I hit every window, on dawgs." MEJIA asked: "Every window?"    BAEZ stated: "Yup."    MEJIA responded: "Alright."    BAEZ stated: "On dawgs, that, that Caddy's f***ed."    BAEZ also asked: "Yo, but yo, how do I take the ammo out my nigga?    It's not letting me."    MEJIA responded:    "Um, just when you get back to the hood, call n****s."

**Emmitt "Easy" SIMPKINS**



16.     SIMPKINS has admitted to being a member of the East Side Money Gang, and has appeared in a rap video rapping about the violent activities of the gang, as well as its drug trafficking.    The above picture is a still image from the rap video.    Agents intercepted multiple

calls in which SIMPKINS discussed possessing firearms in furtherance of the ESMG's activities as well as trying to get firearms to do so. In addition, during the investigation, agents made a controlled purchase of approximately 77 grams of powder cocaine from SIMPKINS.

### Henry "Junior"/"JR" DEL RIO

 

17.    Like SIMPKINS, DEL RIO has repeatedly and publicly claimed to be a member of the East Side Money Gang. Along these lines, DEL RIO has been in at least two rap videos, with other East Side Money Gang members (including MEJIA, RODRIGUEZ, SIMPKINS, and LEIVA) publicly flaunting the violent nature of the gang. On April 17, 2016, DEL RIO sold a cooperating witness a Ruger, P97DC, .45 caliber semi-automatic pistol with an obliterated serial number and a 30-round, high-capacity magazine for $1600. Agents also intercepted a call between MEJIA and a presently unidentified male in which they discussed that DEL RIO (referred to as "JR") had robbed a drug dealer. MEJIA stated that DEL RIO had told MEJIA: "He's like, he's like, he's like, 'Yeah, I ran down on him [robbed him] …' And then … like, he [the victim] was like, 'Damn Junior. For real?' And then this n**** said he [DEL RIO] just pistol-whipped him [the victim]."

14

**Jerry "Fetti" LEIVA**



18.     During our investigation, LEIVA, an ESMG member, sold a pistol and a
pump-action shotgun.   The sale of the shotgun also involved fellow ESMG member Elyhas "Boi
Boi" DIAZ.   In the shotgun deal, LEIVA was audio and video recorded stating that he had tried to
shoot someone with the shotgun a few days before it was sold.   On or about January 1, 2016,
LEIVA was approached by Chelsea Police officers after reports that LEIVA had been involved in
domestic abuse in public.   LEIVA threatened officers by identifying the locations where officers
parked their vehicles (including a specific personal vehicle used by an officer who lives in
Chelsea) and stating that he would have someone take care of them.   LEIVA stated that he was in
the "East Side Money Gang" and that they were prepared to go to war with the police.

**Elyhas "Boi Boi" DIAZ**



19.    DIAZ is a self-admitted member of the East Side Money Gang.    During the
investigation, DIAZ sold cocaine base and heroin in conjunction with MEJIA, RODRIGUEZ, and
DEL RIO.    DIAZ was also involved in the sale of two firearms, including a June 11, 2015, sale of
a FNH-USA, Model FWS-9C, 9mm semi-automatic pistol with an obliterated serial number, 12
rounds of 9mm ammunition, and three magazines, and a pump-action shotgun to a cooperating
witness with fellow ESMG member LEIVA -- the same sale in which LEIVA stated that he had
tried to use the shotgun earlier to shoot someone.

## BOYLSTON STREET GANG



*"That hit, I just missed, bro.   But, bro, the first shot I aimed it at his head, n****.*
*Yo, I swear to God that when that n**** seen me he seen death …."*
- **Jassel CASTILLO, March 31, 2106**
  **Boylston Street Gang**

20.     The Boylston Street Gang is a street gang operating in Boston and other areas,

including Brockton.   The gang's primary rival is the Jamaica Plain-based Mozart Street gang.

Boylston and Mozart have been involved in an ongoing street war for several years with various

periods of increased violence including murders, shootings, stabbings, and assaults.   Along these

lines, following the murder of a member of the Boylston Street Gang this year, agents learned that

members/associates of the gang were looking to retaliate for the murder.   Based on this

intelligence, investigators located and stopped a vehicle in which there were identified Boylston

Street Gang members/associates whom the agents believe were in the process of looking for rival

gang members to retaliate against.   A subsequent search of the vehicle, based on a search warrant,

resulted in the seizure of a .40 caliber semi-automatic pistol hidden in a cache inside the vehicle.

Boylston Street Gang members were also involved in the attempted murder of a rival gang member in March 2016.

21.     In addition to the acts of violence committed by Boylston Street Gang members agents identified that a number of members/ associates dealing drugs together in the Brockton area.   The individuals were observed congregating at V&A Auto Repair, an automotive garage operated by Victor PENA.   A number of controlled buys and/or meetings regarding drug trafficking took place at V&A Auto -- this was also the location of a shooting involving Boylston Street Gang members, as well as a meeting place for gang members following the murder of a Boylston Street Gang member in 2016.

## Victor PENA

22.     PENA was involved in controlled sales of heroin at V&A Auto which were surveilled and recorded through a body camera.   In one of the deals, PENA directed a cooperating witness to a location in the garage where heroin had been hidden for the cooperating witness to pick up.   PENA was also present at an exchange of drugs between a member/associate of the Boylston Street Gang and the cooperating witness at V&A Auto.   The exchange of the drugs can be seen on video as PENA stands watching.

## Antonio SOSA

23.     SOSA has been identified as a Boylston Street Gang member/associate.   During the investigation SOSA did four hand-to-hand deals with a cooperating witness which were surveilled and recorded.   Many of the deals took place at SOSA's residence at 35 Cary Street in Brockton.   In addition, agents recorded calls from SOSA setting-up the drug deals with the cooperating witness.   Agents seized over 150 grams of cocaine base from SOSA in these

controlled buys.   SOSA also discussed with the cooperating witness the ongoing conflict between Boylston and Mozart, and SOSA's fears that he would be targeted by a Mozart gang member.

**Alfidis "Junior" VICTORINO**

24.   VICTORINO is a Boylston Street Gang member.   During the investigation, VICTORINO was identified as being involved, along with another gang member/associate, in targeting the Mozart Street gang.   For example, on October 20, 2015, a cooperating witness encountered VICTORINO with two other Boylston Street gang members/associates (including CASTILLO) in a vehicle, while they were driving around Boston looking for a specific Mozart Street gang member.   Both VICTORINO and the other gang member were armed and had their guns on their laps (CASTILLO was in the back seat sleeping after smoking marijuana). Similarly, VICTORINO was stopped, along with CASTILLO, in a vehicle shortly after the murder of a Boylston Street gang member earlier this year.   The cooperating witness had informed investigators about the vehicle and that it was to be used for retaliatory attacks against rival gangs, including Mozart.   The vehicle was searched pursuant to a search warrant, and a .40 caliber semi-automatic firearm was recovered from a hide in the vehicle.   CASTILLO subsequently stated in the recorded meeting with the cooperating witness that the .40 caliber handgun had been used in gang violence, including against Mozart gang members.   VICTORINO was involved in a controlled sale of heroin on October 1, 2015, during which agents recovered 56.7 grams of heroin.

**Jose HERRERA**

25.   HERRERA has been identified as a Boylston Street Gang member/associate. During the investigation, he was involved in the distribution of both heroin and cocaine base.   He also was involved in the sale of a firearm through co-defendant Michael ROMERO.   Finally,

HERRERA admitted to committing (along with others) an armed robbery of a drug dealer in an unrecorded meeting with a cooperating witness -- HERRERA provided detailed information about the robbery, the violence involved in the robbery, and the individuals involved. As noted in the previous section, HERRERA was involved with VICTORINO and TERRONES in selling heroin and cocaine base.

### Anthony "Squirrel" TERRONES

26.     TERRONES is a Boylston Street Gang member/associaite who was involved in the distribution of approximately 29 grams of cocaine base. In addition to the initial meeting in which TERRONES provided the drugs to the cooperating witness, TERRONES was observed by surveillance in a subsequent meeting on November 6, 2015, at the Harbor Point Apartments in which the cooperating witness paid for the cocaine base. The meeting was also recorded. During the meeting, TERRONES discussed committing armed robberies with CW-1, including a drug supplier in Rhode Island.

### Jassel "Shells" CASTILLO, Michael "Little Mikey" ROMERO, and Jonathan PENA

27.     On or about March 26, 2016, a shooting occurred on Kittredge Street in Roslindale at a location associated with a Mozart Street gang member/associate. Responding Boston Police officers identified evidence of the shooting. As noted above, on March 31, 2016, CASTILLO was recorded candidly admitting to the Roslindale shooting:

> That hit, I just missed, bro. But, bro, the first shot I aimed it at his head, n****. Yo, I swear to God that when that n**** seen me he seen death …. He – bro- he act- he played it off like I hit him bro. So you know? That's some s***, bro. But, yo, the first bro, as soon as he noticed me I put the gun to his head n**** I just rosed it up. Bam n****! I even close, I never forgot, I even closed one eye and everything, n****. Aiming down the sight at his head. That s*** just said boom n***, almost smack me in the face n****. I had to bring that s*** down to keep shooting at this n****.

I, I let those six go in like twice, in like in two seconds. He started like ducking and tryna, tryna dip off, n****. I just bam, bam, bam, bam, bam, bam. ... He ... and then I'm hot, bro. You know you're supposed to count your shots my n****. I clicked it again and it just said "click" and then oh s*** n****. N****, if he wouldn't have been runnin', he'd heard me clicking like that ...

28.    Later, CASTILLO mentioned "Little Mikey," and that "Little Mikey" had been there with CASTILLO for the attempted murder. Based on the investigation, Michael ROMERO is referred to as "Little Mike." CASTILLO thereafter stated that: "I'll do another hit with that n**** [referring to "Little Mikey"]. Don't bother me. I wouldn't even think twice about it. He asks no questions .... He gets it done. He don't get paranoid. Honestly, he doesn't get paranoid, bro."

29.    On May 31, 2016, ROMERO, and his associate Jonathan PENA, sold an undercover officer working on our investigation: (1) a Smith and Wesson, Model 13, .357 Magnum revolver, bearing serial number 9D32739; and (2) 16 rounds of ammunition (11 rounds of .357 caliber ammunition and 5 rounds of .38 caliber ammunition). This weapon is consistent with the type of firearm described by CASTILLO as being used in the Roslindale shooting. Prior to recovering the firearm, based on information from a cooperating witness, Boston Police officers recovered a plastic baggie in Boston which contained shell casings that were claimed to have come from the firearm used by CASTILLO. The shells casings recovered by BPD were analyzed and found to have CASTILLO's fingerprint on one of them. The shell casings and the .357 revolver have been analyzed and the casings match the gun sold by ROMERO.

### Louis "Fat Louie" RIVERA

30.    As the investigation into the Boylston Street Gang progressed agents identified

LUIS RIVERA, a/k/a "Fat Louie," as a source of cocaine supply to the gang. In January, February, March and April of 2016, investigators successfully conducted controlled drug purchases of cocaine and crack cocaine from Luis RIVERA. Over a four-month period, CW-4 purchased over one hundred fifty grams of cocaine (powder cocaine), and more than thirty grams of crack cocaine (cocaine base) from RIVERA.

31.    On February 10, 2015, the Honorable Denise Casper, United States District Judge for the District of Massachusetts, signed and issued an order authorizing the interception of wire and electronic communications to and from telephone number 508-468-1646. On March 12, 2016, the Honorable Denise Casper signed and issued an order authorizing the continued interception of wire and electronic communications to and from telephone number 508-468-1646. Finally, on May 16, 2016, the Honorable Denise Casper, United States District Judge for the District of Massachusetts, signed and issued an order authorizing the interception of wire and electronic communications to and from telephone numbers 774-274-8304. These telephone numbers were used by Luis RIVERA to conduct drug distribution activity.

32.    During the authorized interception period, RIVERA conducted a robust cocaine, crack cocaine trafficking business from various residential locations in Brockton, Massachusetts, as well as a continuous delivery operation. Brockton based drug dealers Kenneth BURKE, Kevin DAVIS, Vaughn LEWIS, Mannie MYERS, Brian PRICE, and Curtis Silva were identified as repeat drug customers of, and distributors for, RIVERA.

Signed under the pain and penalties of perjury this 8th day of June 2016.

_____

JOHN MERCER, JR.
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives