10096299

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>**DENNIS PLEITES RAMOS**<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | Case No. 16-10165 MLW<br>(Kelley) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Dennis Pleites Ramos ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 – Conspiracy

Date: 06/08/2016

_Issuing officer's signature_

City and state: Boston, Massachusetts

Kellyann Mare, Deputy Clerk
_Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

WARRANT EXECUTED BY ATF _____
_Arresting officer's signature_
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/9/2016

_Printed name and title_